UNITED STATES DISTRICT COURT
FOR - DISTRICT OF COLUMBIA

Mihretu Bulti DASISA
1355 NEW YORK AVE. NE
Washington DC - 20002
         Plaintiff

CASE NO: 07-945

Howard UNIVERSITY
BOARD OF TRUSTEE
         Defendant.

RECEIVED
MAY 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR RELIEF FROM JUDGEMENT ENTERED ON MAY-22, 2007 persuant to Fed. R. 60 sect- a, b, (1, 2, 3, 6 ...) FOR FINAL JURY REVIEW. - persuant to - Title 28 U.S.C. §§ 2201 And Fed. R. 38 and 39 Respectively.

PETITION FOR REVIEW MEMORANDUM POINTS:

I. 1. MAY 22, MEMORANDUM AND ORDER has ERRORS OF JURISDICTIONAL proceeding RECORD; oversight, mistakes and misrepresentation

2 - FRAUD, misconduct of adverse parties.

3 - May 22, 2007 Judgment is Contrary to the Law, Constitution and TRIAL by JURY REQUESTED -

4 - May 22, 2007 Judgment is Contrary to District of Columbia - STATE superior Court TRIAL proceeding held -

5 - May 22, 2007, Judgment is Contrary to Fed. civil R. P. 81 Sect- (e)

6 - May 22, 2007 Judgment Revied this Court proceedings held by Honorable Judge PAUL F. Freidman.

P.T.O.

For the above reasons, plaintiff respectfully request Review and correction of ERRORS by whole-House proceeding TRIAL by JURY persuant to Title 28 U.S.C. §§ 2201 and Fed-Civl-R.P.38, and 39 for fair, equitable justice this court stands for —

II - <u>POINTS OF ERRORS, FACTS, EVIDENCES FOR JURY CORRECTION</u> —

1 - Plaintiff Above Filed "Denial of Access" in D.C. Superior Court on Sep. 24, 1998 - See: I-98-CV-02945 - this case was on TRIAL proceedings.

2 - This case was on "Meet And Confer schedule on 12/03/98 ORDERED By Honorable Judge of D.C. superior Court (Judge Shelva —).

3 - On the same date 12/03/98 -- in the Absents of plaintiff -- and CONSENT -- JOINDER Adverse parties Led by U.S. Assistance Attorney power Abuse moved this case to United States District Court.

4 - JOINDERS Above Claimed Acknowledged Plaintiff's Claim jurisdiction is TORT Claim -- and had been moving District Court (this court) holding Federal Judge ORDER to Response by means of mail-fraud -- suspended for unlimited time to serve plaintiff -- until - 04/29/2002 —

5 - Plaintiff on leave Intervained on 2004, but ORDERED File case by case to each defendents deed separatly Reason Filed 4 Complaints in this court regarding to the Above Board of Trusee (defendent) —

D-T-O.

who moved this case to this court persuant to 28-U.S.C.§§ 1441, 1442(a) for TORT-Jurisdictional subject matter Existence Acknowledged, this court held judicial proceeding until 04/29/2002- seer-CASE NO: I-98-CV-0295(PLF)(PAUL.F.)

6- Though--Decisions of the supreme Court of the united states and of this Court have held that individuals representing thanselves who are NOT attorneys are entitled to have their pleadings viewed in a less restrictive manner than pleadings submitted by Attoreys---plaintiff's Four Foled Complaint based on Fed-civl-R. P. 8(a) 1, 2, 3, were dismissed - Lack of subject matter --while jurisdictional D.C.-superior Court, and this court held-proceedings Continually as subject matter TORT- Claims EXIST, defendants (Joinders) Acknowledged--May 22, 2007 MEMO-And ORDER ERRED

7- The Federal Rule Allow plaintoff move this court - Governing proceeding procedure After Reoval to this court- seer-Fed. R. Civl. P. 81, sect-(C)---

8- Whether Joinders Come in General or individualy- as 4 Complaints foled regarding to this defendent- "THE LAW OF THE STATE OF DISTRICT-of Columbia SUPERIOR COURT AND-this COURT held proceedings Apply to this litigation --see:- Applicable Fed-R-81(sect C) plaintiff is entitled to proceed this case for JURY TRIAL- May 22, 2007 judgment MEMO-ERRED-

9 - At the time of Removal all necessary pleadings, Complaint procedural defenses have been responded, served - plaintiff's 4 Complaints Filed in this CASE Numbers Are ONLY to OPEN JURISDICTIONAL proceeding power for this court exercise - but NOT AS - ERRONEOUSLY dismissed the following FACTS: - (1) July 20, 2005 Complaint has subject matter "school Admission Segregation" CASE NO: 05-1513 - (ACKnowledged)

(2) June 28, 2005 Complaint filed has subject matter (TORT claimed) - "Breach of higher Edu-Title IX contract" (Acknowledged by Joinders -) NO: 05-1395

(3) May 31, 2005 Complaint filed has TORT Claim (subject matter) Acknowledged by Defender (Joinders) -- NO: 05-1249

(4) Nov. 8, 2005 Complaint Filed CASE NO: 05-2280 - TORT claim - Edu-Title IX (Federal Question)

10 - plaintiff filed 4 of the above by this court GRANT only to OPEN-JURISDICTIONAL POWER FOR THIS COURT Continual of D.C-superior court And this court held TRIAL by Judge to Final-judgement, but NOT Exceptional - ORDER entered on May 22, 2007 -

* Formal exceptions to Rulings or ORDERS Are - unnessory - persuant to Fed. R. P. 46 - (As Amended March 2, 1987) - ASK-JURY hearing for correction respectfully -

Cont---under subject to provision of Rule 23(e) and Fed-R. 41(a)(1)---

11 - Plaintiff Foled Nov. 27, 2007 Complaint ORIGIONAL Copy for this court was stolen by Fradullent practices of defendents - May 3, 2007 Submitted was A Cope of - Nov. 27, 2007 - Foled on which May 22, 2007 MEMO - And ORDER entred on - Proves - Adverse parties miss-conduct, dishonesty oppose to fair, efficient adjudication---

12 Defendents Controlling prosecution proceedings by Complaint procedural defense interfered in - D.C. superiour court And this court proceedings held - be Corrected by Jury hearing for the extent and nature of this Lotigation agaist Defendent is Commenced - in two proceedings -- Dismissal of this Action with out Jury hearing will be without - Prejudice persuant to Fed-R-P. 41 sect (1)(2) for Jury correction - to GRANT OF proceeding - Plaintiff Respectfully requesting for Civil-Right is violated - Edu - Title IX subject matter (TORT) Acknowledged by Joinders dismissed erroneous proved judicial oversight ERROR for Jury hearing to enter Final judgment persuant to Fed-civ-R-P- 60 - And Title 28 U.S.C §§ 2201 As provided by Fed-R-P- 38, and 39 respectively -

13 (A) Joinders led by U.S. Assistance Attorney Can not prevent Law or fact Common to this TORT Claim Acknowledged - TRIED in D-C-superior Court And in this court -

(B) Joinders (defendent in this case) fairly and Adequately -

protected the INTERESTS OF themselves against Victum of -:'school Admission Discremination Claimed pro-se Litigant -. May 22, 2007 Formal exceptions MEMORANDUM And ORDER is prohibited by-Fed-Civ-R-P. 46 (As Amended Mar 2, 1987) - As-this MEMO- And ORDER-Lacks Jurisdiction to Review D.C. Superior COURT ORDER (12/03/98-Meet and Confer) And Honorable Judge PAVAL's -(Fredman) TRIAL- Proceedings (c) ALL-FOUR Complaint Filed in this court since 2005 - until-TO DAY Claimed - Defendant Board of Trustee owes plaintiff's Federal student Aide Received - Admission Required $50 dollars and Legally protected student Admission Documents - plaintoff Demanded Judgment against defendant Persuant to Fed-Civ-R-P. 83, Sect. 2(b) -- Therefore - Plaintoff respectfully Request RELEIF from Judgment entred on May 22, 2007 Hearing by JURY for final judgement Persuant to Title 28, U-S-C- §§ 2201; And Fed-Civ-R-P. 38, and 39 for fair and Equitable justice, unnecessary Cost - and Delay this Court stands for — Respectfully-

The Above statements, FACTS, Evidences are TRUE to the best of my knowledge - signed today and submitted respectfully this day May 24, 2007 —

Mihretu Bulti Dase
1355 NY-AV-NE
Wash-DC-20002.

CERTIFICATION OF SERVICE

I herebye Certify - the ongoing Request RELEIF from judgment, 1 copy of Nov 27, 2007 Affidavit - and ___ copies or ORIGIONAL Document submitted to Cleark office - in person - Bulto Mihretu D - Respectfully

Mihretu Bulto D -
1355 NY AVE - NE -
Wash - DC - 20002

NOTES - 1 copy of May 22, 2007 - Attached -

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

DATE: NOV-27, 2006

Mihretu Bulti Daiosa
1355 NEW YORK AVE N E
Washington DC -
  Plaintiff

HOWARD UNIVERSITY
Board of Education
2400 - 6th - St - N·W
Washington DC - 20059
  Defendent -

Case No: _____

RECEIVED
MAR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*FACT
COPY
Submitted

RECEIVED
NOV 27, 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*FACT
FRAUD BY
Defendents

# COMPLAINT

(1) JURISDICTION of this court has ORIGIONAL for all civil-actions arising under the Constitution, laws, or treaties of united states of America.

For effective and applicable provisions
see: - 1980 acts, sect-4 of pub-L·96-486
as provided -

This act, amendment, this sections set out as noted under sect-1 of this Title shall apply to any civil action pending on the date of enactment of this act. (DEC-1, 1980)

(2) District court has Jurisdiction in all civil actions arising under the Constitution and laws securing fairness in administration of Justice -
(persuant to Rule 1)

(3) District court has wide discreation to enlarge the time limits or Revive them after they have expired - there shall be NO time limits on federal power excercising