UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mihretu Bulti Dasosa
                    -Plaintiff-

Board of Trustee for HOWARD
UNIVERSITY
                    Defendant-

CASE NO: 07-0945
              (HHK)

→ MOTION FOR OBJECTION TO ORDER DATED ON 6/7/07 Filed on JUN 15, 2007 Received on JUN 18, 2007 - TO whole House Jury Hearing (pursuant to Fed. R. 60(b,23)

(1) POINTS OF OBJECTION

(A) plaintiff above filed complaint on NOV 27, 2007 Requested --- Trial proceeding held by TWO COURTS:

  (1) DISTRICT OF Columbia superior court whose FORUM STATE LAWS, Jurisdiction proceeding statutes decide this TORT claim in U.S. DISTRICT COURT Jurisdiction.

  (2) FOR CASES REMOVED TO this DISTRICT COURT BY- JOINDERS (CLASS ACTION) THIS COURT GRANTED proceeding; TRIED until this SAME TORT claim Acknowledged by Defendant Board of Edu. above led proceeding until - 04/29/2002-

  (3) On court leave plaintiff above DID NOT Received - this COURT ORDER to Answer Joinder's Request -- held by U.S. POSTAL-FRAUD, Denial of Access - joinder to dismiss this case by Federal offence discovered at the time (2004)

  (4) plaintiff above intervened on 2004 to proceed 04/29/2002 suspension of Re-Trial - Continuation --- that this District court complaint screening PANELS GRANTED FORMAL ORDER File individual complaint to each Defendents Deed to Deny Access - TORT Claimed, acknowledged, and Removed to this Court - to proceed the forum state statutes -

RECEIVED
JUN 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in U.S. DISTRICT COURT JURISDICTION, FED. Proceeding.

(5)-- Plaintiff above Filed -- FOUR Consecutive Complaints -- to open jurisdictional power for the Court to proceed this litigation for final judicial correction as NOV-27, 2006 ORIGINAL Complaint Filed -- but LOST, mis-placed, stollen, or held -- until March 20, 2007 Filed -- a copy -- by PANEL's supervisor, and window clears assistance to this case -- honestly -- fairly -- as plaintiff pleaded -- without need of Repleading for Removed Lawsuit to this court -- GRANTED proceeding by Honorable PAUL-F-Fredman (U.S.-Fed-Judge) -- see: FACTS, evidences I-98-CV-0295(PLF) clean, and Jenuine Tomely Claim.

(6)-- May 22, 2007 MEMORANDUM AND ORDER FOR NOV-27, 2006 ORIGINAL COMPLAINT Filed -- but LOST AND Found on Nowhere than PANEL OF COMPLAINT SCREENERS (CANG) TO THE CLARCK WINDOW, AND ASKED TO REFILE the COPY OF ORIGINAL Filed on NOV-27, 2006 on March 20, 2007 After plaintiff's leave for 4 months against Local Rules of waiting only FOUR to 6 weeks -- is TIMELY Request (Nov-27, 2006) within 10 days provided by applicable LAW.

(7) → (plaintiff had attached FACE-sheet that show NOV-27, 2006) means - ORIGINAL LOST in DISTRICT PANEL'S OFFICE see - copy attached. (1 p.)

(8) plaintiff above Filed NO NEW COMPLAINT IN THIS DISTRICT COURT THAN ALL 4 Complaint Requested two COURT DECISSIONS (GRANTED proceeding TRIALS -- SET ON MOTION. -- May 22, 2007 ORDER ERRED.

(9) plaintiff's May 24, 2007 -- "RELIEF FROM JUDGMENT" entered on May 24, 2007 Requested TRIAL BY JURY pursuant to -FED-CIV-R-38 (a) AS Right and (b) -but --

- As received ORDER-- of presided Honor's Judge Dated 6/7/07 - Filed on 15/2007 - saying":
"This Court Construed Fed-civil-R-60 -- As-Fed-civil-R. 59(e) --- and DENIED - TO CORRECT ERRORS OF Judicial actions Listed on May 24, 2007 - SEVEN pages to Proceed TRIAL - Requested -- Is IRRELEVANT TO R-60(1,2,3)

10 - The Fed-civ-R-59-(a) Allows plaintiff above Rehearing for action TRIED by - D.C. Superior Court Decission - And -- This -- U.S. DISTRICT COURT Honerable Judge PAUL-F-Fredman Decission -- proceeding Requested on May 24, 2007 -- (persuant Fed-civ-p-R-60-sect 1,2,3) → POINTS OF ERRORS, FACTS, EVIDENCES FOR Fed-R-60 -- sect-2-(Newely discovered evidence - which by due deligence - when 4 Complaints Filed to open jurisdictional power of this court exercise Could not have been discoved -- but -- discovered on May 24, 2007 -- "Relief from judgment" p-2 -- through p-6 - Requested - Timely NEW TRIAL Proceeding persuant to Rule 59(b) - is provided by Law for plaintiff's TORT claim proceeding continue -- to move this court - for final judgment entry ---

11: This court has a power to GRANT OR Deny "Relief from Judgment requested - as - ORDER on 6/7/07 Signed and filed on - June 15, 2007 - but has NO Jurisdiction to Dismiss the FORUM STATE, And Honerable Judge PAUL's (this District court) proceedings Requested by 4 Complaint prior to discovery of -- FACTS, Evidences p. 2 through 6 - to move this court -- by JURY TRIAL - Requested - persuant to Fed-civ-R-60(1,2,3) TO the 28 U.S.C§§ 2201 And Fed-R-38, and 39 Respectively --

12 --- TRIAL proceedings were held in Forum STATE Court And U-S-DISTRICT COURT (this Honorable Court) --- Nov-27, 2007 --- COMPLAINT --- TO OPEN JURISDICTION FOR this Court exercise its discreation supported by - Newely discovered facts, evidences prior --- 4 Complaint claimed to move this Court for final judgment entry ---

13, Wherefore, plaintiff above Respectfully Request Rehearing by whole House JURY TRIAL - At its jurisdiction --- to enter Final Appellable fair, honest judgment to Restore "Access denied" against Forum STATE Consumer Laws, HumanRight of 1977 As Amended --- And - U-S-Federal Right denied persuant to Fed-CIV-R-60 sect - B.(1,2,3).

The above facts, evidences, statement is TRUE to the best of my knowledge -- signed today June 20, 2007 --- M.B.D. Respectly (NOTE Acknowledging endorsing Jury Final Decission in case negative; TRANSFER the whole case to D.C.-circuit whole House Jury hearing to remedy jurisdiction power plaintiff tried to correct judicial ERROR denied by ORDER OF Rule 59(e) without held TRIAL - than Denied proceeding - that is Contrary to Fed-R-CTofle 28-U.S.C-SS 1915 (e) 1 --- ) Reason Requested Rehearing by whole House Jury objecting ORDER signed on 6/7/07 Filed on Jun 15, 2007 - to correct Judges judicial error by Jury hearing Respectfully ---)  Mihretu B Dasisa
Persuant to Fed-R-3(d) to clerk's office.            1355 NY-AVE-NE
                                                      wash-DC-20002.

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

DATE: NOV-27, 2006

**RECEIVED**
MAR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mihretu Bulti Daisosa
1355 NEW YORK AVE-NE
washington DC-

    plaintiff

HOWARD UNIVERSITY
Board of education
2400-6th-St-N·W
washington DC-20059

    Defendent-

Case No: _____

~~RECEIVED
NOV 27, 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT~~

# COMPLAINT

(1) JURISDICTION OF this court has ORIGINAL for all civil-actions arising under the Constitution, laws, or treaties of united states of America.

    For effective and applicable provisions see:- 1980 acts, sect-4 of pub-L-96-486 as provided-

    This act, amendment, this sections set out as noted under sect-1 of this Title shall apply to any civil action pending on the date of enactment of this act- (Dec-1, 1980)

(2) District court has jurisdiction in all civil actions arising under the Constitution and laws securing fairness in administration of justice- (persuant to Rule 1)

(3) District Court has wide discreation to enlarge the time limits or Revive them after they have expired - there shall be NO time limits on Federal power exercising