UNITED STATES DISTRICT COURT
FOR COLUMBIA —

June 9/2008

— Mihretu B. DASLSA.          CASE NO: 07-0945 (G·K)
434 shephered STREET, NW
Washington DC- 20011
202-460-6391
          Plaintiff
— Howard Board of edu-
          Defendent

→ MOTION FOR: NEW ADDRESS

NOTICE OF CHANGE OF ADDRESS ALERT WAS
SERVED ON 8/13/07 through UNITED STATES CITIES
POSTAL — FIRST CLASS — MAILS -- I'm Filing
A COPY AGAIN in person —

RECEIVED

JUN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

-     previous Address
      1385 NY· AVE· NE
      wash - D C - 20002
*—  Current Known ADDRESS
      Mihretu B· DASISA-
      434 shepherd street, NW
      wash - DC- 20011
      202-460-6391
              Respectfully

              mihretuButiti D-
              434 shepherd St· NW
              wash-DC-20011